1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8

           **IN THE UNITED STATES DISTRICT COURT**

9

           **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 **RACHAEL Y. SELF**  )<br>    xxx-xx-7346 ) | Case No. CIV-12-1416 CMK |
| 12 ) ) | |
| 13 ) ) | |
| 14 ) ) | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S** |
| 15 **Plaintiff,** ) ) | **TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| 16 v. ) | |
| 17 **MICHAEL J. ASTRUE** )<br>**Commissioner of Social Security** )<br>**of the United States of America,** ) | |
| 18 ) | |
| 19 **Defendant.** ) ) | |
| 20 _____) | |

21       IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

22 Plaintiff's time to file her summary judgment motion is hereby extended from November 6, 2012, To

23 December 6, 2012, and that all other due dates shall be extended accordingly.   Counsel's schedule is

24 impacted and she needs to extend the due date for her summary judgment motion.   This is Plaintiff's

25 first requested extension on this case.

26 / / / /

27 / / / /

28 / / / /

                                                1

Dated: November 2, 2012         */s/Bess M. Brewer*
                                BESS M. BREWER
                                Attorney at Law

                                Attorney for Plaintiff


Dated: November 2, 2012         Benjamin B. Wagner

                                United States Attorney

                                Donna L. Calvert
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                                /s/ Theophous Reagans,
                                THEOPHOUS REAGANS

                                Special Assistant United States Attorney
                                Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.


 DATED:  November 5, 2012


                                _____
                                CRAIG M. KELLISON
                                UNITED STATES MAGISTRATE JUDGE