BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RACHAEL Y. SELF**<br>xxx-xx-7346<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No.  CIV-12-1416 CMK<br><br>**STIPULATION AND**<br>**ORDER EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY**<br>**JUDGEMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from December 6, 2012, to January 8, 2012.   Counsel requires this additional extension to accommodate her crowded briefing schedule  and the upcoming holidays.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: December 6, 2012 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: December 6, 2012 | Benjamin B. Wagner<br>United States Attorney<br>Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration<br>/s/ Theophous Reagans,<br>THEOPHOUS REAGANS<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: December 7, 2012

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2