1  BENJAMIN B. WAGNER
   United States Attorney
2  GRACE M. KIM
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone:  (415) 977-8938
       Facsimile:  (415) 744-0134
7      E-Mail: Theophous.Reagans@ssa.gov

8  Attorneys for Defendant

9                        UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11                              SACRAMENTO DIVISION

12

13 RACHEL Y. SELF,                    )
                                      )   CIVIL NO. 2:12-CV-01416-CMK
14         Plaintiff,                 )
                                      )   STIPULATION FOR EXTENSION  OF TIME
15         v.                         )
                                      )
16 MICHAEL J. ASTRUE,                 )
   Commissioner of                    )
17 Social Security,                   )
                                      )
18         Defendant.                 )
   _____)

19

20

21     IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

22 approval of the Court, that Defendant shall have an extension of time up to and through June 3, 2013, in

23 which to e-file her Response to Plaintiff's Motion.  Defendant's Motion was due February 14, 2013, but

24 due to a calendaring error, the Motion was not filed.  <u>See</u> Declaration of Theophous H. Reagans.

25 Counsel apologizes to the Court for his delay in filing the Commissioner's Summary Judgment Motion.

26

27 ///

28 ///

| | | |
|---|---|---|
| Dated: May 26, 2013 | | *Bess M. Brewer*<br>*(As authorized via email on May 26, 2013)*<br>BESS M. BREWER<br>Attorney for Plaintiff |
| | | BENJAMIN B. WAGNER<br>United States Attorney<br>GRACE M. KIM<br>Regional Chief Counsel, Region IX |
| Dated: May 26, 2013 | By: | */s/ Theophous H. Reagans*<br>THEOPHOUS H. REAGANS<br>Special Assistant United States Attorney |
| | | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED

DATED: June 7, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE